1056

[No. 64968-0-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER AMIN TAMMAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02230-1, Michael Heavey, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.

[No. 64996-5-I. Division One. July 25, 2011.]

*In the Matter of the Marriage of* OKSANA SHELEST GARVER, *Appellant*, and GREGORY LEE GARVER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-04249-2, James A. Doerty, J., entered January 26, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 65008-4-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. YEVGENIY I. MIKHAYLOV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01092-1, Thomas J. Wynne, J., entered February 22, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 65054-8-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD SPEACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11589-3, Michael Heavey, J., entered February 5, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Grosse, J.